IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-40029-01-RDR |
| ) | |
| MARIO SANCHEZ, ) | |
| Defendant. ) | |

## **O R D E R**

**NOW** on this 7th day of June, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time of two (2) weeks to file motions herein.

The Court finds that the parties have entered into plea negotiations, which may eliminate the need for motions.

The Court, after reviewing the motion and being fully advised in the premises finds that there exists good cause for the motion, and that the motion should therefore be sustained.

**IT IS THEREFORE ORDERED** that the accused have additional time up to and including June 21, 2011 to file motions in the above-entitled action, and the government shall have until July 1, 2011 to file responses. The motions hearing is rescheduled to July 15, 2011 at 9:30 a.m. The additional time requested will not prejudice the parties herein. Such additional time outweighs the best interests of the public and the defendant in a speedy trial, as set out in 18 U.S.C. §3161(h)(1)(7).

s/Richard D. Rogers
United States District Judge