IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                          Plaintiff,   )<br>                                          )<br>v.                                        )<br>                                          )<br>MARIO SANCHEZ,                )<br>                          Defendant.  )<br>_____) | Case No.  11-40029-01-RDR |

## ORDER FOR CONTINUANCE

**NOW** on this 30th day of December, 2011, the above-entitled matter comes before the Court upon the motion of the defendant for an order continuing the sentencing hearing currently set on January 6, 2012 for forty-five (45) days.

The Court, after reviewing the motion and being fully advised in the premises, finds that Mr. Sanchez has requested a continuance so that he can complete his tests and have whatever heart procedure, if any,  may be necessary.

**IT IS THEREFORE ORDERED** that the sentencing hearing is hereby continued to February 23, 2012 at 9:30 a.m.

                                        s/Richard D. Rogers
                                        United States District Judge